41 A.3d 1285

Randall A. CASTELLANI and Joseph J. Corcoran, Petitioners

v.

The SCRANTON TIMES, L.P., t/d/b/a the Scranton Times
and the Tribune, and Jennifer Henn, Respondents.

Supreme Court of Pennsylvania.

April 18, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 18th day of April 2012, the Application for Reconsideration is **GRANTED** and the question set forth in our Order dated March 30, 2012, is **AMENDED** as follows:

Whether the trial court erred in finding that Judge Garb's memorandum issued on September 14, 2004 and Judge Feudale's Opinion issued on June 29, 2005 were not admissible?